**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
*Attorneys for Defendant*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/29/12

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

SONIA ECHEVARRIA,

    Plaintiff,

- v -

NEW YORK STATE NURSES' ASSOCIATION,

    Defendant.

Civil Action No.: 11 Civ. 9039 (PAE)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Sonia Echevarria and Defendant New York State Nurses' Association ("NYSNA"), through their respective undersigned counsel, that Plaintiff's claims in this action are hereby dismissed in their entirety, with prejudice and without costs and/or attorneys' fees to either party as against the other party.

| | |
|---|---|
| LAW OFFICES OF ALBERT ADAM BREUD, PLLC<br>356 Veterans Memorial Highway<br>Suite 3<br>Commack, New York 11725<br>*Attorneys for Plaintiff* | McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>88 Pine Street<br>24th Floor<br>New York, New York 10005<br>*Attorneys for Defendant* |
| BY: /s/ Albert Adam Breud, II<br>    Albert Adam Breud, II | BY: /s/ Margaret L. Watson<br>    Margaret L. Watson |
| DATED: 3/26/12, 2012 | |

SO ORDERED: 3/29/12

/s/ Paul A. Engelmayer
U.S.D.J.